# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCA GUISAR TORRES,<br><br>Defendant**. | Case No.  1:15-cr-00288-LJO-SKO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW and ORDER DETAINING DEFENDANT AS A FLIGHT RISK AND DANGER TO THE COMMUNITY<br><br>(ECF No. 154) |

On January 20, 2016, Defendant Francisca Guisar Torres filed a motion for bail review to modify conditions of release. A hearing on Defendant's motion was held January 25, 2016. Defendant appeared in custody with counsel Albert Garcia and was assisted by a Spanish language interpreter. Counsel Daniel Griffin appeared for the government. The hearing was continued to January 26, 2016 for the Court to review transcripts.

On January 26, 2016, Defendant appeared in custody with counsel Albert Garcia and was assisted by a Spanish language interpreter. Counsel Kathy Servatius appeared for the government. Having considered the moving papers and the arguments presented at the January 25, 2016 and January 26, 2015 hearings, the Court shall deny Defendant's motion for bail review.

For the reasons stated on the record, Defendant's proposed new condition, along with the additional conditions, do not ensure the Defendant's appearance or the safety of the community.

1

Therefore, Defendant's motion for bail review and release on conditions is DENIED.

The Defendant is hereby DETAINED as a flight risk and danger to community based upon the nature and circumstance of the offense, the maximum penalty of up to life imprisonment if convicted, the defendant's past criminal history, the fact that the defendant is a lawful permanent resident and if convicted could be deported, lack of steady employment and lack of adequate financial resources.

IT IS SO ORDERED.

Dated:   **January 26, 2016**

UNITED STATES MAGISTRATE JUDGE