Mark A. Broughton, #079822
Sally S. Vecchiarelli, #305636
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, FRANCISCA GUISAR TORRES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FRANCISCA GUISAR TORRES,<br><br>   Defendant. | Case No.: 1:15-CR-00288 LJO<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Francisca Guisar Torres, and Kathleen Servatius, Assistant United States Attorney, that the Sentencing Hearing set for Monday, October 16, 2017, at 8:30 a.m., be continued to Monday, October 30, 2017, at 8:30 a.m.

The continuance is requested by counsel for the Defendant due to the fact that additional time is needed to review the PSR with Ms. Torres, and file our objections, should there be any.

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Kathleen Servatius, who has no objections to this continuance.

IT IS SO STIPULATED.

DATED: September 25, 2017          /s/ Kathleen A. Servatius
                                           KATHLEEN A. SERVATIUS
                                           Assistant United States Attorney

DATED: September 25, 2017          /s/Mark A. Broughton
                                           MARK A. BROUGHTON
                                           Attorney for FRANCISCA G. TORRES

## ORDER

IT IS SO ORDERED.

Dated: **September 26, 2017**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE