HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00288 NONE-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER FOR APPOINTMENT OF COUNSEL** |
| vs. | |
| FRANCISCA GUISAR TORRES, | |
| *Defendant,* | |

    Defendant, Francisca Guisar Torres, through the Federal Defender for the Eastern District of California, hereby requests appointment of Counsel.

    Ms. Torres had retained counsel and is now seeking appointed counsel under General Order 595. Ms. Torres submits the attached Financial Affidavit as evidence of her inability to retain counsel. Ms. Torres was sentenced to a 36-month term of imprisonment on April 16, 2018, and is currently in custody.

    General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act. Therefore, after reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Ms. Torres on her compassionate release proceedings related to this case.

DATED: November 9, 2020           /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

## O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 9, 2020**           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE