HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
FRANCISCA GUISAR TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>FRANCISCA GUISAR TORRES,<br><br>*Defendant.* | No.  1:15-cr-00288-NONE-SKO-4<br><br>SEALING ORDER |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibits B through D to Defendant Francisca Guisar Torres's Motion for Compassionate Release shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:  **January 6, 2021**

_____
UNITED STATES DISTRICT JUDGE