McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRANCESCA GUISAR-TORRES,<br><br>                    Defendant. | 1:15-CR-00288-DAD<br><br>STIPULATION FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Francesca Guisar-Torres, by and through her attorney, Jaya C. Gupta, hereby stipulate that the government's response to the defendant's motion for compassionate release shall be filed on or before February 2, 2021.  The defendant's reply shall be due on or before February 16, 2021.

Dated:  December 2, 2020                         Respectfully,

                                                 McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/  KATHLEEN A. SERVATIUS
                                                 KATHLEEN A. SERVATIUS
                                                 Assistant United States Attorney

Dated:  January 8, 2021                          /s/ *Jaya C. Gupta*
                                                 Jaya C. Gupta, Attorney for Francesca Guisar-Torres

STIPULATION FOR EXTENSION OF TIME AND ORDER
THEREON

**ORDER**

Good cause appearing, the government's response to the defendant's motion for compassionate release shall be filed on or before February 2, 2021. The defendant's reply shall be due on or before February 16, 2021.

IT IS SO ORDERED.

Dated: **January 12, 2021**

_____
UNITED STATES DISTRICT JUDGE